ACCEPTED
14-15-00532-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

14-15-00532-CV

## IN THE COURT OF APPEALS FOR THE
## FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/21/2015 2:37:30 PM
CHRISTOPHER A. PRINE
Clerk

### AT HOUSTON

| | | |
|---|---|---|
| **APARTMENT EXPRESS  LLC** | § | **APPELLANT** |
| **Plaintiff** | § | |
| **VS.** | | |
| **SOUTHCHASE NORTH APARTMENTS** | | **APPELLEE** |
| **Defendants** | | |

_____

### On Appeal from the COUNTY COURT NUMBER 3

### Of Harris County, Texas

### COUNTY CASE NUMBER 1062291& EV51C0158185

**EMERGENCY MOTION TO DECLARE THE TRIAL COURTS JUDGEMENTS AND ORDERS VOID DUE TO LACK OF JURISDICTION OVER APARTMENT EXPRESS, LLC & FOR TEMPORARY RELIEF TO STAY ISSUANCE OF WRIT OF POSSESION AND EXECUTION WHILE COUTY COURT DETERMINES DEFENDANTS MOTION FOR REDUCTION OF SUPERSEDAS BOND**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

NOW COMES DEFENDANT, Apartment Express, LLC and hereby respectfully request this Honorable Court to Declare the Trial Court Judgments and Orders Void due to lack of Jurisdiction over Apartment  Express, LLC  and to  issue temporary orders to stay the trial court's order authorizing the Issuance of a Writ of Possession and its execution to Appellees Southchase North Apartments on June 16th, 2015, if  Defendant fails to post the required bond by June 17th, 2015.

**See the exhibits attached thereto filed and served concurrently and incorporated herein by reference**

**In support of Petitioner will show the following;**

1. Apartment Express, LLC is Limited Liability Company properly organized with the Texas Secretary of State
2. Apartment Express, LLC and South chase North Apartments entered into a residential Apartment Lease Agreement and its renewal, which expires on 11/1/2015.
3. South chase North Apartments filed numerous forcible detainer suits seeking possession of the unit alleging that Apartment Express, LLC is holding over.
4. On April 20th, 2015 Judge Russ Ridgeway of the Justice of the Peace Precinct 5 Place 1 *Dismissed this Case under cause #* **EV51C0158185**on grounds of it being Res Judicata to cause **CV51C0156377**
5. Days after its case being *DISMISSED* Southchase North Apartments filed an appeal to the County Civil Court #3 and was subsequently granted a Judgment and Possession after Trial de Novo of its suit for forcible Detainer on June 10th, 2015.
6. The County Court set a Supersedes Bond for $6500.00.
7. Apartment **Express**, LLC filed a Emergency Motion for Reduce of the Supersedes Bond because the current amount set will *cause substantial economic harm* and prevent residents from remaining in the unit throughout the appeal process.
8. Datril Boston filed a Networth Affidavit on behalf of Apartment Express, LLC and deposited Cash in Lieu of the Supersedes Bond but the Court Clerks stated it will not stay the execution of the Writ Possession.
9. A limited Liability Company is not a natural person and cannot act on its own. If the defendant is a limited liability company, the manager, if any, and the registered agent shall be agents upon whom citation may be served. See Sec. 5.255, Texas Business Organizations Code. See also Sec. 152.801(d)(3), Texas Business Organizations Code
10. The Original Citation and its return identified Apartment Express LLC as the person served.
11. Under Tex. R. App.P. 24.2(c), appellate court may issue any temporary orders necessary to preserve parties rights.

**WHEREFORE, PREMISES CONSIDERED**,   Appellant respectfully request that this Honorable Court review this matter and determine that the Trial Courts Judgments and Orders are Void due to lack of Jurisdiction and alternately issue temporary Orders to Stay Issuance of the Writ of Possession and its Execution pending Court determination the Motion for Reduction of the Supersedes Bond.

**I, the undersigned, do hereby declare that I am the managing member and registered  agent for Apartment Express, LLC and reside at the premises relevant o this suit. I declare under the penalty of perjury the forgoing it true and correct and that this declaration is executed at Houston, Texas on June 21,  2015**

**Respectfully Submitted,**

**APARTMENT EXPRESS LLC,  A**
**Texas Limited Liability Company**

By: Datril Boston
Managing Member

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THE MOTION HEREIN WAS FOWARDED TO SOUTHCHASE NORTH NORTH APARTMENTS THROUGH ITS ATTORNEY VIA ELECTRONIC TRANSMISSION ON THIS 21ST DAY OF JUNE, 2015**

**APARTMENT EXPRESS LLC,  A Texas Limited Liability Company**

By: Datril Boston
Managing Member

C.C.C.L. #3

EV – CITATION (Possession) 510.4 – JP51

Receipt Number: 0735436          Receipt Date: 03/30/15          **1062291**          Cons Fee $75.00          Tracking Number: K0194571

Case Number: EY51C0158185

SOUTHCHASE NORTH APARTMENTS
Plaintiff
vs.
APARTMENT EXPRESS LLC
Defendant

§
§
§
§
§
§
§

In the Justice Court
Harris County, Texas
Precinct 5, Place 1

6000 CHIMNEY ROCK
SUITE 102
HOUSTON, TX 77081-4012
713 661-2276

**Citation – (Eviction)**

THE STATE OF TEXAS
COUNTY OF HARRIS
TO:     **ANY SHERIFF OR CONSTABLE OF TEXAS, OR PERSON AUTHORIZED BY COURT ORDER:**

Deliver this Citation to the Defendant, or leave a copy with some person over the age of sixteen years at the Defendant's usual place of abode, at least six days before the return day of this Citation:

**APARTMENT EXPRESS LLC**
**9330 SYNOTT RD  201**
**HOUSTON, TX 77083**
**Phone Number: (000) -**                                                        Phone Number: (000) -
and return this Citation at least one day before the day assigned for trial.

**TO THE DEFENDANT:**

**THIS IS A SUIT TO EVICT. YOU ARE COMMANDED to appear in person for trial in Justice Court Precinct 5 Place 1 on 04/20/15 at 08:00 A .M.** to answer this eviction action.  Proper Attire Is Required.  No Shorts, Hats or Tank Tops. Shirts must be tucked in.  All bags (backpacks, large bags, etc.) are subject to inspection. Electronic devices (cell phones, lap tops, etc.) must be kept on silent or vibrate.

**YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. FAILURE TO APPEAR IN PERSON FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

Date Petition Filed: 03/30/15

Nature of demand made by Plaintiff(s): Possession of the property known as 9330 SYNOTT RD  201 , HOUSTON, TX 77083 , together with attorney's fees, costs of court, interest as provided by law and general relief.  A copy of the petition is attached.

**You may request a jury and pay a jury fee in the amount of $22.00 no later than three (3) days before the trial date.  If you timely make a demand for a jury trial, the case will be heard by a jury.**

**SUIT TO EVICT**

This suit to evict involves immediate deadlines. A tenant who is serving on active military duty may have special rights or relief related to this suit under federal law, including the service members civil relief act (50 u.s.c. app. Section 501 et seq) or state law, including section 92.017, Texas Property Code. Call the State Bar of Texas toll-free at 1-877-9texbar if you need help locating an attorney. If you cannot afford to hire an attorney, you may be eligible for free or low-cost legal assistance;

**DEMANDA PARA DESALOJAR**

Esta demanda para desalojar involucra plazos inmediatos. Un inquilino que esta en servicio militar activo puede tener derechos especiales o socorro en relacion con este traje por la ley federal, incluidos los miembros del servicio civil relief actuar (50 u.s.c. app. Seccion 501 y ss.) O la ley del estado, incluida la seccion 92.017, Texas Codigo de la Propiedad.  Llame al colegio de Abogados de Texas (State Bar of Texas), llamada gratuita al 1-877-9texbar si usted necesita ayuda para localizar a un abogado.  Si no está a su alcance contratar a un abogado, usted pudiera ser elegible para asesoria legal gratuita o de bajo costo.

**For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.**

Issued on: 3/30/2015

_____
CLERK OF THE COURT
Justice of the Peace, Precinct 5 Place 1

Address of Plaintiff                                        Address of Plaintiff's Attorney
SOUTHCHASE NORTH APARTMENTS
9330 SYNOTT RD
HOUSTON, TX 77083

Phone Number: (000) -

JUT2J

EVCT1351
Page 1 of 1



**Cause #:** EV51C0158185
**Tracking #:** K0194571
**Person To Serve:** APARTMENT EXPRESS LLC

UNOFFICIAL COPY

EV – CITATION (Possession) 510.4 – JP51

Receipt Number: 0735436     Receipt Date: 03/30/15     Cons Fee $75.00     Tracking Number: K0194571

**Case Number: EV51C0158185**

| | | |
|---|---|---|
| SOUTHCHASE NORTH APARTMENTS | § | In the Justice Court |
| Plaintiff | § | Harris County, Texas |
| vs. | § | Precinct 5, Place 1 |
| APARTMENT EXPRESS LLC | § | |
| Defendant | § | 6000 CHIMNEY ROCK |
| | § | SUITE 102 |
| | § | HOUSTON, TX 77081-4012 |
| | | 713 661-2276 |

**Citation – (Eviction)**

THE STATE OF TEXAS
COUNTY OF HARRIS
TO:     **ANY SHERIFF OR CONSTABLE OF TEXAS, OR PERSON AUTHORIZED BY COURT ORDER:**

*Deliver this Citation to the Defendant, or leave a copy with some person over the age of sixteen years at the Defendant's usual place of abode, at least six days before the return day of this Citation:*
**APARTMENT EXPRESS LLC**
**9330 SYNOTT RD  201**
**HOUSTON, TX 77083**
**Phone Number: (000) -**             ,           **Phone Number: (000) -**
and return this Citation at least one day before the day assigned for trial.

**TO THE DEFENDANT:**

**THIS IS A SUIT TO EVICT.  YOU ARE COMMANDED to appear in person for trial in Justice Court Precinct 5  Place 1 on 04/20/15 at 08:00 A .M.** to answer this eviction action.  Proper Attire Is Required.  No Shorts, Hats or Tank Tops. Shirts must be tucked in.  All bags (backpacks, large bags, etc.) are subject to inspection.  Electronic devices (cell phones, lap tops, etc.) must be kept on silent or vibrate.

**YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY.  FAILURE TO APPEAR IN PERSON FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

Date Petition Filed: 03/30/15

Nature of demand made by Plaintiff(s): Possession of the property known as 9330 SYNOTT RD  201 , HOUSTON, TX 77083 , together with attorney's fees, costs of court, interest as provided by law and general relief. A copy of the petition is attached.

**You may request a jury and pay a jury fee in the amount of $22.00 no later than three (3) days before the trial date.  If you timely make a demand for a jury trial, the case will be heard by a jury.**

**SUIT TO EVICT**

This suit to evict involves immediate deadlines. A tenant who is serving on active military duty may have special rights or relief related to this suit under federal law, including the service members civil relief act (50 u.s.c. app. Section 501 et seq) or state law, including section 92.017, Texas Property Code. Call the State Bar of Texas toll-free at 1-877-9texbar if you need help locating an attorney. If you cannot afford to hire an attorney, you may be eligible for free or low-cost legal assistance;

**DEMANDA PARA DESALOJAR**

Esta demanda para desalojar involucra plazos inmediatos. Un inquilino que esta en servicio militar activo puede tener derechos especiales o socorro en relacion con este traje por la ley federal, incluidos los miembros del servicio civil relief actuar (50 u.s.c. app. Seccion 501 y ss.) O la ley del estado, incluida la seccion 92.017, Texas Codigo de la Propiedad.  Llame al colegio de Abogados de Texas (State Bar of Texas), llamada gratuita al 1-877-9texbar si usted necesita ayuda para localizar a un abogado. Si no está a su alcance contratar a un abogado, usted pudiera ser elegible para asesoria legal gratuita o de bajo costo.

**For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts.  A copy of the Rules is available at <u>http://www.jp.hctx.net/</u> or at the Justice Court.**

Issued on: 3/30/2015

*Juann J. Hinojosa*

CLERK OF THE COURT
Justice of the Peace, Precinct 5 Place 1

Address of Plaintiff
SOUTHCHASE NORTH APARTMENTS
9330 SYNOTT RD
HOUSTON, TX 77083

Address of Plaintiff's Attorney

,

Phone Number: (000) -

JUT2J

EVCT1351
Page 1 of 1

CAUSE #: EV51C0158185

TRACKING #: K0194571

SOUTHCHASE NORTH
APARTMENTS
VS.
**APARTMENT EXPRESS LLC**
**9330 SYNOTT ROAD**
**201**
**HOUSTON, TX 77083**

**WRIT OF CITATION**
**IN**
**FORCIBLE DETAINER**

**JUDGE RUSS RIDGWAY**
Justice of the Peace
Precinct Five, Place One
Harris County, Texas

## Constable Forcible Detainer Return 5-1

Received this Writ on  03/31/2015 , at  12:32 PM . Executed on  04/10/2015 , at  7:55 AM  by delivering a copy of this Citation together with a copy of the Petition:

To: APARTMENT EXPRESS LLC

At: 9330 SYNOTT ROAD 201 HOUSTON, TX 77083

By: BY POSTING TO THE DOOR AND MAILING PER RULE 510.4C

Date Signed: April 13, 2015

Attempts:  3 

Signature: _____

Printed Title and Name: DEPUTY SHIS-EN PENG

**Phil Camus, Constable Precinct #5**
**Harris County Texas**
17423 Katy Freeway
Houston, Texas 77094

UNOFFICIAL COPY

2015 APR 14 AM 7:55

HARRIS CO. TY, TEXAS
PRECINCT 5, PLACE 1
JUDGE RUSS RIDGWAY
FILED

**1062291**

EV-Docket Sheet
JUDGE RUSS RIDGWAY
Justice of the Peace 5, Place 1

**C.C.C.L. #3** Harris County
State of Texas

Eviction Docket Sheet
Case Number: EV51C0158185

Plaintiff: SOUTHCHASE NORTH APARTMENTS
Defendant : APARTMENT EXPRESS LLC
Date: 04/20/15

Plaintiff's Attorney:
Defendant's Attorney:

# 32   Agreed Move out in writing

| Plaintiff Present: | Yes _____ | No _____ | | Defendant Present: | Yes _____ | No _____ |

Lease:            Yes ___   No _____          Monthly _____    Weekly _____    Rent Due _____

Grace Period: _____   Last Date Rent Was Paid: _____   Paid To: _____

Any Attempt To Pay Rent Since:        Yes _____        No _____    Date Attempt Made: _____

Attempt:    Refused _____    Accepted _____        Monthly Rental: ___410___

The amount of rent to be paid each rental pay period during the pendency of any appeal: $ ___410___

If you are the tenant and file a pauper's affidavit to appeal an eviction for nonpayment of rent, you must pay the initial deposit of rent into the registry of the justice court within five (5) days of the date you file the pauper's affidavit.

## DEFAULT FOR PLAINTIFF

Be it remembered on this day, a day of regular term of this Court came to be heard the above numbered, styled, named Plaintiff and Defendant; the Plaintiff being present, announced ready for trial, the Defendant, although having been duly, legally, and regularly cited and served with process, said citation with the officer's return thereon having been on file with the clerk of this Court, failed to appear or answer in it's behalf, but wholly default. Therefore, it is the determination of this Court, judgment is in favor of the Plaintiff in the amount of $_____ damages and $_____ attorney fees with interest thereon at the legal rate per annum, and all costs of suit.

Writ to issue on _____ and the Appeal Bond is set at $_____

Signed: _____

_____
Justice of the Peace

## JUDGMENT FOR THE PLAINTIFF

Be it remembered on this day, a day of regular term of this Court came to be heard the above numbered, styled, named Plaintiff and Defendant; both being present, announced ready for trial, the Court having heard all the evidence, the Court has determined Judgment is for the Plaintiff.

Writ of Possession to issue on _____. Appeal Bond is set at $_____. Further, the Plaintiff shall be entitled to $_____ damages and $_____ attorney fees with interest thereon at the legal rate per annum, and all costs of suit.

Signed: _____

_____
Justice of the Peace

## JUDGMENT FOR THE DEFENDANT

Be it remembered on this day, a day of regular term of this Court came to be heard the above numbered, styled, named Plaintiff and Defendant; both being present, announced ready for trial, the Court having heard all the evidence, the Court has determined Judgment is for the Defendant. NO WRIT TO ISSUE.

Appeal date is _____ and Appeal Bond is set at $_____.

Further, the Defendant shall be entitled to _____ damages and attorney fees.

Signed: _____

_____
Justice of the Peace

Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TX
2015 MAY 11 PM 12: 01
**FILED**

## NOTICE TO PARTIES INTENDING TO APPEAL:

If you intend to appeal the Judgment of the Justice Court by filing a Pauper's Affidavit, you have the right to request the appointment of an attorney to represent you in the proceedings in the County Civil Courts at Law. You may exercise this right after the Pauper's Affidavit has been approved and the appeal perfected.

You must make your request for the appointment of an attorney, in writing, to the County Civil Court at Law in which the appeal is filed.

An appointed attorney's representation is in the trial de novo in County Civil Court at Law. The County Civil Court at Law may terminate the representation for cause.

### DISMISSED

No One Present On: _____          Plaintiff Not Present On: _____

Court Settings: _____

JU4RM

res judicata  with CVS160/56377

EVDOC
Page 1 of 1

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.

_____
Justice of the Peace          4-20-15